PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

SEALED FILED

OCT 07 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>     v.<br><br>DOUGLAS GENE HALDERMAN,<br><br>                                  Defendant. | CASE NO. 1:21 CR 00242 DAD BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 7, 2021, charging the above defendant with a violation of 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms without a License; 18 U.S.C. § 922(o) – Unlawful Transfer of a Machinegun (2 counts); 26 U.S.C. § 5861(e) – Transfer of an Unregistered Firearm; 18 U.S.C. § 922(l) – Illegal Importation of Firearms; 18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun; 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm; 18 U.S.C. §§ 924(d)(1), 981(a)(1)(C), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the

Motion to Seal Indictment                    1

finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: October 7, 2021

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   10/7/21

STANLEY A. BOONE
U.S. Magistrate Judge