1
2
3

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

4

Peter M. Jones, Esq. SBN# 105811

5

Attorneys for:     **Defendant, DOUGLAS GENE HALDERMAN**

6

7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9

10

**UNITED STATES OF AMERICA,**

11

**Plaintiff(s),**

12

**v.**

13

**DOUGLAS GENE HALDERMAN,**

14

**Defendant(s).**

**Case No.:  1:21-CR-00242 NODJ-BAM**

**WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON**

15

16

17

18

19
20
21
22
23
24
25
26
27
28

        Pursuant to F.R. Crim. P. 43(b)(3), Defendant, DOUGLAS GENE HALDERMAN, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Mr. Halderman is currently receiving extensive, ongoing medical treatment involving chemotherapy, blood transfusions and follow-up for his bone marrow transplant, to address his diagnosis of Acute Myeloid Leukemia.  Having the flexibility to pursue his treatment would be supported by this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Peter M. Jones, the same as if Defendant were personally present and requests that this court allow his attorney-in-fact to

{10163/002/01728413.DOC}                    1

represent his interests at all times.  Defendant further agrees that notice to Defendant's attorneys that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated:  January 19, 2024                         /s/ Douglas Gene Halderman
                                                 DOUGLAS GENE HALDERMAN


Dated:  January 19, 2024                         WANGER JONES HELSLEY PC


                                                 By /s/ Peter M. Jones
                                                    PETER M. JONES, Attorney for
                                                    Defendant, DOUGLAS GENE HALDERMAN


## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived and all non-substantive pretrial proceedings until further order.


IT IS SO ORDERED.

   Dated:  **January 19, 2024**              /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

{10163/002/01728413.DOC}                2

WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON